**W. H. CRUM, Appellant, v. STATE of Texas, Appellee. (No. 12772.)**

Court of Criminal Appeals of Texas. June 19, 1929.

O. M. Wylie, of Archer City, for appellant. A. A. Dawson, State's Atty., of Austin, for the State.

MORROW, P. J. The offense is robbery with firearms; punishment fixed at confinement in the penitentiary for a period of five years.

Upon the written request of the appellant, duly verified by his affidavit, the appeal is dismissed.

**J. DORAN, Appellant, v. STATE of Texas, Appellee. (No. 12782.)**

Court of Criminal Appeals of Texas. June 19, 1929.

Walter C. Pierson and Harris & Harris, all of Austin, for appellant. A. A. Dawson, State's Atty., of Austin, for the State.

MORROW, P. J. The offense is forgery; punishment fixed at confinement in the penitentiary for a period of two years.

Upon the written request of the appellant, duly verified by his affidavit, the appeal is dismissed.

**R. C. HAWPE, Appellant, v. STATE of Texas, Appellee. (No. 12554.)**

Court of Criminal Appeals of Texas. June 12, 1929.

V. L. Shurtleff, of Breckenridge, for appellant. A. A. Dawson, State's Atty., of Austin, for the State.

MORROW, P. J. The offense is the unlawful possession of a still for the purpose of manufacturing intoxicating liquor; punishment fixed at confinement in the penitentiary for a period of one year.

The indictment appears regular. The record is before us without statement of facts or bills of exceptions. No fundamental error having been perceived or pointed out, the judgment is affirmed.

**Dean McCOWN, alias Rowdy McCown, Appellant, v. STATE of Texas, Appellee. (No. 12729.)**

Court of Criminal Appeals of Texas. June 26, 1929.

A. A. Dawson, State's Atty., of Austin, for the State.

MARTIN, J. Offense, the unlawful sale of intoxicating liquor; penalty, one year in the penitentiary.

The record is bare of any bill of exception or statement of facts. No question is presented for review.

The judgment is affirmed.

PER CURIAM. The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

**Leedy McLEMORE, Appellant, v. STATE of Texas, Appellee. (No. 12675.)**

Court of Criminal Appeals of Texas. May 22, 1929.

Rehearing Denied June 26, 1929.

Gentry, Gray & Gentry, of Tyler, for appellant. A. A. Dawson, State's Atty., of Austin, for the State.

CHRISTIAN, J. The offense is burglary; the punishment confinement in the penitentiary for two years.

No statement of facts or bills of exception appear in the record. No question is presented for review.

The judgment is affirmed.

PER CURIAM. The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.